Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SID NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PROFESSIONAL BUILDERS, INC.; GIOVANNI EYAL KNAFO, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00976-JFW-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to the individual and class claims. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of

this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

   Respectfully submitted this 30th day of July, 2020.

        By: <u>s/Todd M. Friedman</u>
           Todd M. Friedman, Esq.
           Law Offices of Todd M. Friedman, P.C.
           Attorney for Plaintiff

Filed electronically on this 30th day of July, 2020 with:

United States District Court CM/ECF system

Notification sent on this 30th day of July, 2020 via the ECF system to all interested parties

This 30th day of July, 2020.

By: s/Todd M. Friedman
    Todd M. Friedman