## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 20-cv-00976-JFW-RAOx                                    Date July 30, 2020

Title: Sid Naiman v. Professional Builders, Inc. et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present                              Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  NOTICE of Voluntary Dismissal [13] - Make JS-6

☐ Entered _____.

Initials of Preparer    sr